UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60200-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LEROY BANNISTER**,

    Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
ON CHANGE OF PLEA [ECF NO. 28]

THIS CAUSE came before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation on Change of Plea, entered on December 18, 2025 [ECF No. 28].

THIS COURT has reviewed Judge Shaw-Wilder's Report and Recommendation and the pertinent portions of the record, including Defendant's Joint Notice of Non-Objection, which indicates that the parties have no objection to the Report and Recommendation, filed on December 22, 2025 [ECF No. 29], and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 28]** is **AFFIRMED AND ADOPTED**. Defendant, Leroy Bannister's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of December, 2025.

                                              **MELISSA DAMIAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Detra Shaw-Wilder